**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6472**

---

HOWARD PIERCE,

                                        Petitioner - Appellant,

        versus

STATE OF SOUTH CAROLINA; WILLIAM DAVIS, War-
den; ATTORNEY GENERAL OF THE STATE OF SOUTH
CAROLINA; MICHAEL MOORE, Director,

                                        Respondents - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  G. Ross Anderson, Jr., District
Judge.  (CA-95-680-3)

---

Submitted:  September 20, 1996        Decided:  October 1, 1996

---

Before NIEMEYER, HAMILTON, and MOTZ, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Howard Pierce, Appellant Pro Se.  Donald John Zelenka, Chief Deputy
Attorney General, Columbia, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order dismissing his 28 U.S.C. § 2254 (1994) petition. Appellant's case was referred to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) (1994). The magistrate judge recommended that relief be denied and advised Appellant that failure to file timely objections to this recommendation could waive appellate review of a district court order based upon the recommendation. Despite this warning, Appellant failed to object to the magistrate judge's recommendation.

The timely filing of objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned that failure to object will waive appellate review. Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985). See generally Thomas v. Arn, 474 U.S. 140 (1985). Appellant has waived appellate review by failing to file objections after receiving proper notice. We accordingly deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2